Decided October 17, 2005

## LEE VRNE KELLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Lee Vrne Kelley's petition for certification for appeal from the Appellate Court, 90 Conn. App. 329 (AC 25156), is denied.

*Richard C. Marquette*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided October 17, 2005

## STATE OF CONNECTICUT *v.* HECTOR L. RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 112 (AC 24453), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Daniel J. Krisch*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided October 17, 2005